| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Barbour, Jr. , William H. | 2. Court or Organization<br><br>U S District Court | 3. Date of Report<br><br>3/13/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge, Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>501 East Court Street, Suite 4<br>Jackson, MS 39201 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 3/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mobil Oil (common) | A | Dividend | J | T | | | | | |
| 2. FINANCIAL MGMT ACCT (3-29) | | | | | | | | | |
| 3. -Citibank Deposit Program | A | Interest | K | T | | | | | |
| 4. -Capital World Growth and Income Fund (American Cap World ) - CWGIX | B | Dividend | L | T | | | | | |
| 5. -Europacific Growth Fund (American Europacific Grw A) - AEPGX | A | Dividend | K | T | | | | | |
| 6. .-Income Fund of America (American Income Fund of America) - AMECX | B | Dividend | L | T | | | | | |
| 7. -New Perspective Fund (American New Perspective Fund) - ANWPX | A | Dividend | L | T | | | | | |
| 8. -Miss. Dev. BK - Bond (MS State Gen Oblig) | A | Interest | | | Redeemed | 12/01/15 | K | A | |
| 9. -MS St RFDG - NTS-Bond (MS State Gen Oblig) | A | Interest | | | Redeemed | 12/01/15 | K | A | |
| 10. -Kayne Anderson Energy Total Return Fund - KYE | B | Dividend | J | T | | | | | |
| 11. -American Electric Power Co - AEP | B | Dividend | L | T | | | | | |
| 12. -Kimberly Clark Corp - KMB | B | Dividend | L | T | | | | | |
| 13. -Scana Corp New - SCG | B | Dividend | L | T | | | | | |
| 14. -Halyard Health Inc - HYH | | None | J | T | | | | | |
| 15. -Clearbridge Agressive Growth C - SAGCX | A | Dividend | L | T | Buy (add'l) | 1/30/15 | J | | |
| 16. -Hancock Horizon Burkenroad A - HHBUX | | None | K | T | | | | | |
| 17. -MS Dev BK Spl Oblig - ▨▨▨▨ | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 3/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -Chevron Corp -CVX | B | Dividend | K | T | | | | | |
| 19.   -Royal Dutch Shell PLC - RDS'A | B | Dividend | K | T | | | | | |
| 20.   Atmos Energy CP - ATO | B | Dividend | L | T | | | | | |
| 21.   Great Plains Energy Inc - GXP | B | Dividend | L | T | | | | | |
| 22.   MDU Res Group Inc - MDU | B | Dividend | K | T | | | | | |
| 23.   Ishares Intl Select Div - IDV | A | Dividend | J | T | | | | | |
| 24.   Kayne & Midstream/Energy Fund - KMF | B | Dividend | K | T | | | | | |
| 25.   Kayne Anderson MLP Invt Co - KYN | C | Dividend | K | T | | | | | |
| 26.   Powershares S&P 500 Low Vola - SPLV | A | Dividend | K | T | | | | | |
| 27.   Franklin Balanced C - FBMCX | B | Dividend | K | T | | | | | |
| 28.   Franklin Equity Inc C - FRETX | A | Dividend | K | T | | | | | |
| 29.   Franklin Rising Dividends C - FRDTX | A | Dividend | K | T | | | | | |
| 30.   IRA ROLLOVER ACCT #1 (31-52) | | | | | | | | | |
| 31.   I Shares Cohen & Steers Realty Majors - ICF | A | Dividend | | | | | | | see attachment #1 |
| 32.   I Shares Core MSCI EAFE ETF - IEMG | A | Dividend | K | T | | | | | see attachment #1 |
| 33.   I Shares Core MSCI Emerging - IEFA | A | Dividend | J | T | | | | | see attachment #1 |
| 34.   I Shares MSCI Frontier 100 ETF - FM | A | Dividend | J | T | | | | | see attachment #1 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 3/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. I Shares S&P 100 ETF - OEF | A | Dividend | | | | | | | see attachment #1 |
| 36. I Shares US Telecomm ETF - IYZ | A | Dividend | J | T | | | | | see attachment #1 |
| 37. Vanguard Entergy ETF - VDE | A | Dividend | J | T | | | | | see attachment #1 |
| 38. I Shares Trust S & P MidCap Value (Ish S&P MidCap 400 Value) - IJJ | A | Dividend | J | T | | | | | see attachment #1 |
| 39. IShares TR S & P 500 Index Fund (S&P 500 Index Fund) - IVV | A | Dividend | J | T | | | | | see attachment #1 |
| 40. IShares S & P 500 Growth Index Fund - IVW | B | Dividend | L | T | | | | | see attachment #1 |
| 41. Dreyfus Liquid Assets, Inc. (MS Liquid Assets Fund)/Cash | A | Interest | J | T | | | | | |
| 42. IShares S & P 500 Value Index Fund - IVE | B | Dividend | L | T | | | | | see attachment #1 |
| 43. IShares TR MSCI EAFE Index Fd - EFA | A | Dividend | | | | | | | see attachment #1 |
| 44. IShares Trust S & P Midcap 400 Growth - IJK | A | Dividend | K | T | | | | | see attachment #1 |
| 45. IShares Russell 2000 Value Index Fd - IWN | A | Dividend | K | T | | | | | see attachment #1 |
| 46. IShares Russell 2000 Growth Fd - IWO | A | Dividend | J | T | | | | | see attachment #1 |
| 47. Dow Jones EPAC Sel Div (Ishares Intl Select Dividend) - IDV | A | Dividend | J | T | | | | | see attachment #1 |
| 48. Ishares Russell Top 200 G - IWY | A | Dividend | J | T | | | | | see attachment #1 |
| 49. Micro-Cap ETF - IWC | A | Dividend | J | T | | | | | see attachment #1 |
| 50. Ishares MSCI Canada ETF - EWC | A | Dividend | J | T | | | | | see attachment #1 |
| 51. Vanguard FTSE All WO - VSS | A | Dividend | J | T | | | | | see attachment #1 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 3/13/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Utilities ETF - VPU | A | Dividend | J | T | | | | | see attachment #1 |
| 53. IRA ROLLOVER ACCT #2 (54-64) | | | | | | | | | |
| 54. AT & T, Inc - T | B | Dividend | K | T | | | | | |
| 55. American Electric Power Co., Inc. - AEP | B | Dividend | K | T | | | | | |
| 56. Regions Financial Corp - RF | B | Dividend | L | T | | | | | |
| 57. Union Pacific - UNP | A | Dividend | J | T | | | | | |
| 58. Goldman Sachs Capital Growth Fund - GSCGX | A | Dividend | K | T | | | | | |
| 59. Citibank Deposit Program | A | Interest | J | T | | | | | |
| 60. Franklin Income fund - FKINK | C | Dividend | L | T | | | | | |
| 61. Legg Mason Opportunity Tr (Primary Class) - LMOPX | | None | K | T | | | | | |
| 62. Legg Mason Value Trust (Clearbridge Value Trust) - LMVTX | | None | K | T | | | | | |
| 63. Bank of America Corp - BAC | A | Dividend | J | T | | | | | |
| 64. Microsoft Corp - MSFT | A | Dividend | K | T | | | | | |
| 65. IRA ROLLOVER ACCT #3 (66-71) | | | | | | | | | |
| 66. American Balanced Fd CL A - ABALX | C | Dividend | M | T | | | | | |
| 67. Wells Fargo Adv Asset Alloc Fd - EAAFX | A | Dividend | K | T | Sold (part) | 12/15/15 | J | A | |
| 68. Washington Mutual Investors Fd CL A - AWSHX | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Citibank Bank Deposit Program | | None | J | T | | | | | |
| 70. Wells Fargo Advantage Emerging Mkts Growth Fund - EMGAX | A | Dividend | L | T | | | | | |
| 71. Wells Fargo Diversified Income Builder - EKSAX | | None | | | Sold | 12/15/15 | K | A | |
| 72. IRA ROLLOVER ACCT #4 (73-75) | | | | | | | | | |
| 73. Raymond James Bank Dep Prog | A | Interest | J | T | | | | | |
| 74. MS ST GO Bonds, Capt Improv - ▮▮▮▮ | B | Interest | K | T | | | | | |
| 75. MS ST GO Bonds, Ser 20 - ▮▮▮▮ | B | Interest | K | T | | | | | |
| 76. REAL ESTATE (77-79) | | | | | | | | | |
| 77. Land #1, Yazoo County, MS | | None | L | W | | | | | |
| 78. Land #2, Yazoo City, MS - 1/2 interest | | None | K | W | | | | | |
| 79. Land #2, Yazoo City, MS remaining 1/2 interest | | None | K | W | | | | | |
| 80. RESIDENTIAL SUBDIVISION (81) | | | | | | | | | see Note 1 |
| 81. Subdiv #1: Lots 1-21 less Lots 1,2,2A,3,11,13,19,20 | | None | N | W | | | | | |
| 82. OIL AND GAS INTERESTS (83-132) | | | | | | | | | see Note 2 |
| 83. -#1-Marathon Oil Co. & Citgo, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 84. -#2-Sohio Pet Co., Franklin Parish, LA | | None | J | W | | | | | |
| 85. -#3-Marathon Oil Co., Claiborne Parish, LA | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 3/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -#4- Placid Oil Co., Warren County, MS | | None | J | W | | | | | |
| 87. -#5 Pursue Energy Corp (was Shell Oil Co) Rankin County, MS | B | Royalty | J | W | | | | | |
| 88. -#6-US Trading Co., Madison Parish & Richland Parish, LA | | None | J | W | | | | | |
| 89. -#7-McGowan Working Partners, Yazoo County, MS | A | Royalty | J | W | | | | | |
| 90. -#8-Pennzenergy (was Pennzoil Exp & Prod Co., Yazoo Co., MS) | | None | J | W | | | | | |
| 91. -#9-TXP Op Co., Yazoo County, MS | | None | J | W | | | | | |
| 92. -#10-Shell Western E & P, Lincoln County, MS | | None | J | W | | | | | |
| 93. -#11-Pennzoil Exp & Prod Co, Yazoo County, MS | | None | J | W | | | | | |
| 94. -#12-Petro-Hunt Bovina Field, Warren Co., MS | | None | J | W | | | | | |
| 95. -#13-Jefcoat, Yazoo Co., MS | | None | J | W | | | | | |
| 96. -#14-Bruxoil, Clay Co, MS | A | Royalty | J | W | | | | | |
| 97. -#15-Chevron USA, Claiborne Parish, LA | | None | J | W | | | | | |
| 98. -#16-Coho Resources, Jasper Co, MS | | None | J | W | | | | | |
| 99. -#17-Denbury On Shore LLC (was Denbury Resources )Jasper Co | G | Royalty | L | W | | | | | |
| 100. -#18-D & S Oil & Gas, Claiborne Parish, LA | | None | J | W | | | | | |
| 101. -#19-Devon Energy, Yazoo Co MS; Bossier Parish, LA | | None | J | W | | | | | |
| 102. -#20-EOTT Energy, Jasper & Smith Co,. MS | | None | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 3/13/2017 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -#21-Ergon, Madison & Yazoo Co., MS | | None | J | W | | | | | |
| 104. -#22-Fina Oil, Claiborne Parish, LA | | None | J | W | | | | | |
| 105. -#23-Hassie Hunt Exploration, Yazoo Co,. MS | | None | J | W | | | | | |
| 106. -#24-J.P. Oil, Linbcoln & Pike Co,MS | | None | J | W | | | | | |
| 107. -#25-McGowan Oil Working Partners, Yazoo Co., MS | | None | J | W | | | | | |
| 108. -#26-Marathon Oil, Claiborne Parish, LA | | None | J | W | | | | | |
| 109. -#27-Shell Oil Co., Pike Co., MS | | None | J | W | | | | | |
| 110. -#28-Spooner Petroleum, Jasper Co,. MS | A | Royalty | J | W | | | | | |
| 111. -#29-St Mary Land & Exploration, Claiborne Parish, LA | | None | K | W | | | | | |
| 112. -#30-Pennzenergy, Yazoo Co, MS | | None | K | W | | | | | |
| 113. -#31 Tecton Energy, LLC; Choctaw Co AL | | None | J | W | | | | | |
| 114. -#32 XTO Energy, Inc | A | Royalty | J | W | | | | | |
| 115. -#33 EOG Resources, Inc. | | None | L | W | | | | | |
| 116. -#34 EOG Resources, Inc. | | None | J | W | | | | | |
| 117. Plains Marketing, Houston, TX (X) | B | Royalty | J | W | | | | | |
| 118. Brammer Engineering | | None | J | W | | | | | |
| 119. Hunt Crude Oil | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 3/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Premier Natural Resources | A | Royalty | J | W | | | | | |
| 121. Premier Natural Resources | | None | K | W | | | | | |
| 122. SM Energy | A | Royalty | J | W | | | | | |
| 123. N&M Resources | | None | J | W | | | | | |
| 124. Southestern Energy, Spring TX (X) | | None | J | W | | | | | |
| 125. Vitruvian. | | None | J | W | | | | | |
| 126. Renpetco, Smith Co, MS | | None | J | W | | | | | |
| 127. Merit Energy (X) | D | Royalty | J | W | | | | | |
| 128. SWN Production (X) | A | Rent | J | W | | | | | |
| 129. Trinity River Energe (X) | A | Royalty | J | W | | | | | |
| 130. Black River Petroleum (X) | A | Royalty | J | W | | | | | |
| 131. Aethon Energy Operating (X) | A | Royalty | J | W | | | | | |
| 132. BHP Billiton Petroleum (X) | A | Royalty | J | W | | | | | |
| 133. ASSETS - Other | | | | | | | | | |
| 134. -Residential Real Estate - Cleburne Co, AR | | None | N | W | | | | | |
| 135. -Residential Real Estate - Shelby Co., TN | | None | N | W | | | | | |
| 136. BROKERAGE ACCT (137-138) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Bank Deposit Program-Raymond James Bank, FSB | A | Interest | M | T | | | | | |
| 138. Longleaf Partners Fund N/L - LLPFX | A | Dividend | J | T | | | | | |
| 139. IRA BROKERAGE ACCT #1 (140-148) | | | | | | | | | |
| 140. -Bank Deposit Program-Raymond James Bank, FSB | A | Interest | K | T | | | | | |
| 141. -First Horizon Natl Corp - FHN | A | Dividend | J | T | | | | | |
| 142. -Autozone, Inc - ▓▓▓ | A | Interest | K | T | | | | | |
| 143. -Longleaf Partners Fd - LLPFX | D | Dividend | L | T | | | | | |
| 144. Bank of America - 06050WDK8 | A | Interest | K | T | | | | | |
| 145. The Goldman Sachs Group, Inc. - 38141GFG4 | A | Interest | K | T | | | | | |
| 146. Wal-mart Stores Inc. - WMT | A | Dividend | J | T | | | | | |
| 147. Lord Abbett Growth Leaders Fund Class A - LGLAX | B | Dividend | K | T | | | | | |
| 148. -Lord Abbett Floating Rate Fund Class A M/F - LFRAX | B | Dividend | L | T | | | | | |
| 149. IRA BROKERAGE ACCT #2 (150-154) | | | | | | | | | |
| 150. -Bank Deposit Program-Raymond James Bank, FSB | A | Interest | J | T | | | | | |
| 151. -Lord Abbett Short Duration Income Fd CL A M/F - LALDX | D | Dividend | M | T | | | | | See Attachment #2 |
| 152. -Lord Abbett Floating Rate Fd CL A M/F - LFRAX | C | Dividend | L | T | | | | | |
| 153. -Lord Abbett Fundamental Equity Fund CL A M/F - LDFVX | E | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,000 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 3/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Lord Abbett Calibrated Div (formerly Ld Ab Classic Stock) - LAMAX | D | Dividend | M | T | | | | | |
| 155. IRA BROKERAGE ACCT #3 (156-181) | | | | | | | | | |
| 156. -Cash - RJ Bank Dep | A | Interest | K | T | | | | | |
| 157. Federated Inst High Yield Bd - FIHBX | C | Dividend | L | T | | | | | See Attachment #3 |
| 158. JP Morgan Core Bond Fund A - PGBOX | B | Dividend | | | | | | | See Attachment #3 |
| 159. AF American Mutual F2 - AMRFX | C | Dividend | L | T | | | | | See Attachment #3 |
| 160. Artisan International - ARTIX | A | Dividend | K | T | | | | | |
| 161. American Funds Europacific Growth F1- AEGFX | | None | | | | | | | See Attachment #3 |
| 162. JP Morgan Mid Cap Value 1 - FLMVX | | None | | | | | | | See Attachment #3 |
| 163. MFS Research Fund Class A - MFRFX | C | Dividend | L | T | | | | | See Attachment #3 |
| 164. Mainstay Epoch Global Equity Yield A - EPSPX | D | Dividend | L | T | | | | | See Attachment #3 |
| 165. Neuberger Berman Genesis Fund - NBGNX | | None | | | | | | | See Attachment #3 |
| 166. Prud Jenn Mid Cap Growth Z - PEGZX | | None | | | | | | | See Attachment #3 |
| 167. Wells Fargo Advantage Intl Value Fund Adm - WFVDX | | None | | | | | | | See Attachment #3 |
| 168. -Federated Strategic Value Fd - SVAIX | D | Dividend | L | T | | | | | See Attachment #3 |
| 169. Gateway Fund Class A (formlerly Natixis Gateway Fund) - GATEX | B | Dividend | K | T | | | | | See Attachment #3 |
| 170. John Hancock Global Abso lute Return Strategies A - JHAIX | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Templeton Global Bond Fund Advisor Class - TGBAX | B | Dividend | | | | | | | See Attachment #3 |
| 172. AQR Managed Futures Strategy Class N - AQMNX | C | Dividend | L | T | | | | | See Attachment #3 |
| 173. Loomis Sayles Growth Fund - LSGRX | A | Dividend | L | T | | | | | See Attachment #3 |
| 174. T. Rowe Price Small Cap Value Fund - PASVX | D | Dividend | L | T | | | | | See Attachment #3 |
| 175. Metropolitan West Total Return Bond Fund - MWTIX | B | Dividend | L | T | | | | | See Attachment #3 |
| 176. Western Asset Total Return Unconstrained Fund - WAARX | B | Dividend | K | T | | | | | See Attachment #3 |
| 177. Champlain Mid-Cap Fund - CIPMX | C | Dividend | L | T | | | | | See Attachment #3 |
| 178. Baird Aggregate Bond Fund - BAGIX | A | Dividend | L | T | | | | | See Attachment #3 |
| 179. Europacific Grouth Fund Class F2 - AEPFX | B | Dividend | K | T | | | | | See Attachment #3 |
| 180. Prudential Jennison Equity Inc Fund - JDEZX | D | Dividend | L | T | | | | | See Attachment #3 |
| 181. Wells Fargo International Value Fund - WFVIX | A | Dividend | K | T | | | | | See Attachment #3 |
| 182. BROKERAGE ACCT #2 (182-183) | | | | | | | | | |
| 183. Capital Income Buider Fund - CAIBX | C | Dividend | M | T | | | | | See Attachment #4 |
| 184. BROKERAGE ACCT #3 (186-204) | | | | | | | | | |
| 185. Morgan Stanley Bank | | None | J | T | Buy | 12/29/15 | J | | |
| 186. Ishares Core MSCI EAFE ETF - IEFA | A | Dividend | J | T | | | | | See Attachment #5 |
| 187. Ishares Core MSCI Emerging - IEMG | A | Dividend | J | T | | | | | See Attachment #5 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 3/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Ishares Intl Select Div ETF - IDV | A | Dividend | J | T | | | | | See Attachment #5 |
| 189. Ishares Micro Cap ETF - IWC | A | Dividend | J | T | | | | | See Attachment #5 |
| 190. Ishares MSCI Canada EFT - EWC | A | Dividend | J | T | | | | | See Attachment #5 |
| 191. Ishares MSCI Frontirer 100 ETF - FM | A | Dividend | J | T | | | | | See Attachment #5 |
| 192. Ishares Russell 2000 Growth ETF - IWO | A | Dividend | J | T | | | | | See Attachment #5 |
| 193. Ishares Russell 2000 Value ETF - IWN | A | Dividend | J | T | | | | | See Attachment #5 |
| 194. Ishares Russell Top 200 G ETF - IWY | A | Dividend | J | T | | | | | See Attachment #5 |
| 195. Ishares S&P 500 Growth ETF - IVW | A | Dividend | L | T | | | | | See Attachment #5 |
| 196. Ishares S&P 500 Value ETF - IVE | A | Dividend | K | T | | | | | See Attachment #5 |
| 197. Ishares S&P Mid CAp 400 Growth ETF - IJK | A | Dividend | J | T | | | | | See Attachment #5 |
| 198. Ishares S&P Mid Cap 400 Value ETF - IJJ | A | Dividend | J | T | | | | | See Attachment #5 |
| 199. Ishares US Telecomm ETF - IYZ | A | Dividend | J | T | | | | | See Attachment #5 |
| 200. S&P 500 Index Fund - IVV | A | Dividend | J | T | | | | | See Attachment #5 |
| 201. Vanguard Energe ETF - VDE | A | Dividend | J | T | | | | | See Attachment #5 |
| 202. Vanguard FTSE All WO - VSS | A | Dividend | J | T | | | | | See Attachment #5 |
| 203. Vanguard Utilities ETF - VPU | A | Dividend | J | T | | | | | See Attachment #5 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 3/13/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1: Line 91 shows the unsold lots in my Residential Subdivision at the end of the reporting period with an estimated value for those unsold lots. There will be no income produced by the reamining lots in inventory unless and until they are sold.

NOTE 2: As I have noted for several years, I may own oil and gas interests which I inherited or obtained otherwise and of which I have no records. All income-producing interests have been included in my reports. As leasing occurs, I add them to my report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William H. Barbour, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during rep | | |
|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div.,rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) |
| ISHARES COHEN&STEERS REIT ETF | | None | | | Sold (part) | 03/04/15 | J |
| ISHARES COHEN&STEERS REIT ETF | | None | | | Sold | 05/18/15 | J |
| ISHARES CORE MSCI EAFE ETF | | None | | | Buy (add'l) | 03/04/15 | J |
| ISHARES CORE MSCI EAFE ETF | | None | | | Sold (part) | 05/18/15 | J |
| ISHARES CORE MSCI EAFE ETF | | None | | | Buy (add'l) | 09/04/15 | J |
| ISHARES CORE MSCI EMERGING | | None | | | Buy (add'l) | 03/04/15 | J |
| ISHARES CORE MSCI EMERGING | | None | | | Sold (part) | 05/18/15 | J |
| ISHARES CORE MSCI EMERGING | | None | | | Buy (add'l) | 09/04/15 | J |
| ISHARES INTL SELECT DIV ETF | | None | | | Buy (add'l) | 03/04/15 | J |
| ISHARES INTL SELECT DIV ETF | | None | | | Buy (add'l) | 09/04/15 | J |
| ISHARES MICRO-CAP ETF | | None | | | Buy | 09/04/15 | J |
| ISHARES MSCI CANADA ETF | | None | | | Buy | 09/04/15 | J |
| ISHARES MSCI EAFE ETF | | None | | | Sold | 03/04/15 | J |
| ISHARES MSCI FRONTIER 100 ETF | | None | | | Buy (add'l) | 03/04/15 | J |
| ISHARES MSCI FRONTIER 100 ETF | | None | | | Buy (add'l) | 09/04/15 | J |
| ISHARES RUSSELL 2000 GRWTH ETF | | None | | | Sold (part) | 03/04/15 | J |
| ISHARES RUSSELL 2000 GRWTH ETF | | None | | | Sold (part) | 05/18/15 | J |
| ISHARES RUSSELL 2000 VALUE ETF | | None | | | Buy (add'l) | 03/04/15 | J |
| ISHARES RUSSELL 2000 VALUE ETF | | None | | | Buy (add'l) | 05/18/15 | J |
| ISHARES RUSSELL 2000 VALUE ETF | | None | | | Buy (add'l) | 09/04/15 | J |
| ISHARES RUSSELL TOP 200 G ETF | | None | | | Buy | 09/04/15 | J |
| ISHARES S&P 100 ETF | | None | | | Buy (add'l) | 03/04/15 | J |
| ISHARES S&P 100 ETF | | None | | | Buy (add'l) | 05/18/15 | J |
| ISHARES S&P 100 ETF | | None | | | Sold | 09/04/15 | J |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during rep | | |
|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div.,rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) |
| ISHARES S&P 500 GRWTH ETF | | None | | | Buy (add'l) | 03/04/15 | J |
| ISHARES S&P 500 GRWTH ETF | | None | | | Buy (add'l) | 05/18/15 | J |
| ISHARES S&P 500 GRWTH ETF | | None | | | Buy (add'l) | 09/04/15 | J |
| ISHARES S&P 500 VAL ETF | | None | | | Sold (part) | 03/04/15 | J |
| ISHARES S&P 500 VAL ETF | | None | | | Sold (part) | 05/18/15 | J |
| ISHARES S&P 500 VAL ETF | | None | | | Sold (part) | 09/04/15 | J |
| ISHARES S&P MID-CAP 400 G ETF | | None | | | Buy (add'l) | 03/04/15 | J |
| ISHARES S&P MID-CAP 400 V ETF | | None | | | Sold (part) | 03/04/15 | J |
| ISHARES S&P MID-CAP 400 V ETF | | None | | | Buy (add'l) | 09/04/15 | J |
| ISHARES US TELECOMM ETF | | None | | | Buy (add'l) | 03/04/15 | J |
| ISHARES US TELECOMM ETF | | None | | | Buy (add'l) | 05/18/15 | J |
| S & P 500 INDEX FUND | | None | | | Sold (part) | 09/04/15 | J |
| S & P 500 INDEX FUND | | None | | | Sold (part) | 09/15/15 | J |
| VANGUARD ENERGY ETF | | None | | | Buy (add'l) | 03/04/15 | J |
| VANGUARD ENERGY ETF | | None | | | Buy (add'l) | 09/04/15 | J |
| VANGUARD FTSE ALL WO X-US SC | | None | | | Buy | 05/18/15 | J |
| VANGUARD FTSE ALL WO X-US SC | | None | | | Buy (add'l) | 09/04/15 | J |
| VANGUARD UTILITIES ETF | | None | | | Buy | 05/18/15 | J |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | Transactions du | | |
|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div.,rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | V C |
| Lord Abbett Short Duration Income Fund (LALDX) | | None | | | Sold (part) | 02/11/15 | |
| Lord Abbett Short Duration Income Fund (LALDX) | | None | | | Sold (part) | 03/11/15 | |
| Lord Abbett Short Duration Income Fund (LALDX) | | None | | | Sold (part) | 05/11/15 | |
| Lord Abbett Short Duration Income Fund (LALDX) | | None | | | Sold (part) | 07/15/15 | |
| Lord Abbett Short Duration Income Fund (LALDX) | | None | | | Sold (part) | 10/13/15 | |
| Lord Abbett Short Duration Income Fund (LALDX) | | None | | | Sold (part) | 12/11/15 | |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div.,rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Transactions (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy |
|---|---|---|---|---|---|---|
| American Mutual Fund | | None | | | Sold (part) | 08/21/15 |
| AQR Managed Futrues Strategy Fund (AQMNX) | | None | | | Buy (add'l) | 11/19/15 |
| AQR Managed Futures Strategy Fund (AQMNX) | | None | | | Sold (part) | 08/19/15 |
| Baird Aggregate Bond Fund (BAGIX) | | None | | | Buy | 11/19/15 |
| Champlain Mid Cap Fund (CIPMX) | | None | | | Buy | 11/17/15 |
| Europacific Growth Fund Class F1 (AEGFX) | | None | | | Sold | 10/02/15 |
| Europacific Growth Fund Class F2 (AEPFX) | | None | | | Buy | 10/02/15 |
| Federated Institutional High Yield Bond Fd (FIHBX) | | None | | | Buy (add'l) | 08/21/15 |
| Federated Strategic Value Dividend Fund (SVAIX) | | None | | | Sold (part) | 08/21/15 |
| Gateway Fund Class A (GATEX) | | None | | | Sold (part) | 08/21/15 |
| Gateway Fund Class A (GATEX) | | None | | | Sold (part) | 11/19/15 |
| JPMorgan Core Bond Fund (PGBOX) | | None | | | Sold | 11/19/15 |
| JPMorgan Mid Cap Value Fund (FLMVX) | | None | | | Sold (part) | 08/19/15 |
| JPMorgan Mid Cap Value Fund (FLMVX) | | None | | | Sold | 11/17/15 |
| Loomis Salyes Growth Fund (LSGRX) | | None | | | Sold (part) | 08/19/15 |
| Mainstay Epoch Global Equity Yield Fd (EPSPX) | | None | | | Buy (add'l) | 08/21/15 |
| MFS Research Fund Class A (MFRFX) | | None | | | Sold (part) | 08/21/15 |
| Neuberger Berman Genesis Fund (NGBNX) | | None | | | Sold (part) | 08/19/15 |
| Neuberger Berman Genesis Fund (NGBNX) | | None | | | Sold | 11/17/15 |
| Prudential Jennison Equity Income Fund (JDEZX) | | None | | | Buy | 11/19/15 |
| Prudential Jennison Mid Cap Growth Fund (PEGZX) | | None | | | Sold (part) | 08/21/15 |
| Prudential Jennison Mid Cap Growth Fund (PEGZX) | | None | | | Sold | 11/19/15 |
| T Rowe Price Small Cap Value Fund (PASVX) | | None | | | Buy (add'l) | 11/19/15 |
| Templeton Global Bond Fund (TGBAX) | | None | | | Buy (add'l) | 08/21/15 |
| Templeton Global Bond Fund (TGBAX) | | None | | | Sold | 11/19/15 |
| Wells Fargo Advantage Intl Value Fund Adm (WFVDX) | | None | | | Sold (part) | 08/21/15 |
| Wells Fargo Advantage Intl Value Fund Adm (WFVDX) | | None | | | Buy (add'l) | 08/21/15 |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | Transactions | |
|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div.,rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy |
| Wells Fargo Advantage Intl Value Fund Adm (WFVDX) | | None | | | Sold | 08/27/15 |
| Wells Fargo International Value Fund (WFVIX) | | None | | | Buy | 08/21/15 |
| Wells Fargo International Value Fund (WFVIX) | | None | | | Buy (add'l) | 08/27/15 |
| Western Asset Total Return Uncon Bond Fund (WAARX) | | None | | | Buy (add'l) | 08/19/15 |

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during re | | |
|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div.,rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) |
| Capital Income Builder Fund Class A (CAIBX) | | None | | | Buy | 03/23/15 | M |
| Capital Income Builder Fund Class A (CAIBX) | | None | | | Buy (add'l) | 05/21/15 | K |
| Capital Income Builder Fund Class A (CAIBX) | | None | | | Buy (add'l) | 06/23/15 | K |
| Capital Income Builder Fund Class A (CAIBX) | | None | | | Buy (add'l) | 07/22/15 | K |
| Capital Income Builder Fund Class A (CAIBX) | | None | | | Buy (add'l) | 08/21/15 | K |
| Capital Income Builder Fund Class A (CAIBX) | | None | | | Buy (add'l) | 08/27/15 | K |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div.,rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during rep (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) |
|---|---|---|---|---|---|---|---|
| ISHARES CORE MSCI EMERGING | | None | | | Buy | 12/29/15 | J |
| ISHARES CORE MSCI EAFE ETF | | None | | | Buy | 12/29/15 | J |
| ISHARES RUSSELL TOP 200 G ETF | | None | | | Buy | 12/29/15 | J |
| ISHARES MSCI FRONTIER 100 ETF | | None | | | Buy | 12/29/15 | J |
| VANGUARD FTSE ALL WO X-US SC | | None | | | Buy | 12/29/15 | J |
| ISHARES INTL SELECT DIV ETF | | None | | | Buy | 12/29/15 | J |
| ISHARES MICRO-CAP ETF | | None | | | Buy | 12/29/15 | J |
| ISHARES US TELECOMM ETF | | None | | | Buy | 12/29/15 | J |
| ISHARES S&P 500 VAL ETF | | None | | | Buy | 12/29/15 | K |
| ISHARES S&P 500 GRWTH ETF | | None | | | Buy | 12/29/15 | L |
| ISHARES MSCI CANADA ETF | | None | | | Buy | 12/29/15 | J |
| S & P 500 INDEX FUND | | None | | | Buy | 12/29/15 | J |
| VANGUARD ENERGY ETF | | None | | | Buy | 12/29/15 | J |
| VANGUARD UTILITIES ETF | | None | | | Buy | 12/29/15 | J |
| ISHARES RUSSELL 2000 GRWTH ETF | | None | | | Buy | 12/29/15 | J |
| ISHARES RUSSELL 2000 VALUE ETF | | None | | | Buy | 12/29/15 | J |
| ISHARES S&P MID-CAP 400 G ETF | | None | | | Buy | 12/29/15 | J |
| ISHARES S&P MID-CAP 400 V ETF | | None | | | Buy | 12/29/15 | J |